UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
ASSETS RECOVERY 23, LLC,

                    Plaintiff,

            - against -

MARLENA GASPER, KAHLIL GASPER,
et al.,

                    Defendants.
------------------------------------------------------------ x

**MEMORANDUM & ORDER**
15 CV 5049 (RJD) (CLP)

DEARIE, District Judge

Defendants Marlena and Kahlil Gasper timely object to a report and recommendation issued by Magistrate Judge Pollak on July 25, 2017, recommending that their motion to dismiss be denied in part and that a hearing be held regarding the validity of service as to defendant Marlena Gasper. See ECF No. 34 ("R&R"), at 2; ECF No. 35 ("Obj.").

When a party objects to a magistrate judge's report and recommendation, the Court "must determine de novo any part of the magistrate judge's disposition that has been properly objected to" and may "accept, reject, or modify, in whole or in part, the findings and recommendations made by the magistrate judge." Fed. R. Civ. P. 72(b)(3); see also 28 U.S.C. § 636(b)(1)(C). In ruling on the objection, the Court may rely on the magistrate judge's proposed findings and recommendation to whatever extent it chooses. United States v. Raddatz, 447 U.S. 667, 676 (1980).

Having reviewed and considered defendants' objections, I find them meritless, and adopt the Report and its recommendations without limitation or qualification. I ask Magistrate Judge Pollak to conduct a hearing on the validity of service as to defendant Marlena Gasper at the

Court's convenience and invite further recommendation when appropriate fact-finding is completed.

**SO ORDERED.**

Dated: Brooklyn, New York
      August 24, 2017

s/ RJD
RAYMOND J. DEARIE
United States District Judge