UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------- x

ASSETS RECOVERY 23, LLC,

                Plaintiff,

      - against -

MARLENA GASPER, KAHLIL GASPER,
NEW YORK CITY ENVIRONMENTAL
CONTROL BOARD
                Defendants.

------------------------------------------------------- x

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ NOV 08 2018 ★

BROOKLYN OFFICE

**ORDER ADOPTING REPORT
AND RECOMMENDATION**

15 CV 5049 (RJD) (CLP)

DEARIE, District Judge

Having reviewed the objections to Magistrate Judge Pollak's Report and Recommendation of September 11, 2018, the Court adopts the Recommendation and grants Defendants' motion to dismiss the complaint. I find no basis to disturb Magistrate Judge Pollak's comprehensive analysis or credibility assessment regarding the attempted service of process upon non-party Almitra Gasper or Plaintiff Marlena Gasper.

                                                  SO ORDERED:

                                                  s/ RJD

Dated: November 7, 2018                    Raymond J. Dearie
Brooklyn, NY                                   United States District Judge